The protest is overruled and judgment will be rendered accordingly.

No. 65615.—M. Adler's Son, Inc., et al. *v.* United States, protests 60/3343, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 65616.—F. W. Woolworth Co. *v.* United States, protest 60/3784 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 65617.—Ace Import Co., Inc., et al. *v.* United States, protests 60/11950, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiffs was sustained.

No. 65618.—Louis Greenberg & Son, Inc., and Ross Products, Inc. *v.* United States, protests 60/28816 and 60/27271 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material